Law Offices
# MITCHELL & INCANTALUPO
_____

                                                           The Metro Building
                                                           98-20 Metropolitan Avenue
                                                           Forrest Hills, New York 11375
                                                           Tel (718) 997-1000
                                                           Fax (718) 575-1600

June 6, 2007

Hon. Jed S. Rakoff
U.S. District Court Judge
500 Pearl Street
New York, NY 10007

                              Re:    Helal Ahmed et al. v. Devi Restaurant, et al.
                                        Case Number 07-CV-3512

Dear Judge Rakoff:

       This office has been retained by Devi Restaurant, Ltd., and Rakesh Aggarwal, the defendants in the above-referenced action. Plaintiffs, who are waiters at the defendant's restaurant , allege causes of action for unpaid minimum wage and overtime in violation of the Fair Labor Standards Act, 294 U.S.C. § 201 et seq. and the comparable New York State provisions, as well as for other alleged employment related violations.

       Defendants respectfully request that the court extend their time to appear and answer the complaint until June 22, 2007, which I believe is an extension of approximately one week. Tushar Sheth, one of plaintiffs' attorneys, has consented to this request.

       This is the first request for such as extension of time.

       Thank you for your consideration.

                                          Very truly yours,
                                          MITCHELL & INCANTALUPO

                                          By:_____/S/_____
                                              Arthur H. Forman

AHF/td