UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HELAL AHMED, PARVEZ ALI, MD.G. MIAH,
ENAMUL SHAKUR

                Plaintiffs,

        v.

DEVI RESTAURANT, LTD., and RAKESH
AGGARWAL,

                Defendants
------------------------------------------------------------------x

07 CV 3512 (J.S.R)

STATEMENT PURSUANT TO
FEDERAL CIVIL RULE 7.1

        Pursuant to Federal Rule of Civil Procedure 7.1 undersigned counsel of record for corporate defendant 8 East 18th Street Restaurant, LLC, d/b/a Devi Restaurant ("Corporate Defendant") states that there are no corporate parents of the Corporate Defendant and that no publicly held corporation owns any stock in the Corporate Defendant.

Dated: June 21, 2007
       Forest Hills, New York

                                          MITCHELL & INCANTALUPO

                                          By:_____/S/_____
                                          Arthur H. Forman (AF-9646)
                                          98-20 Metropolitan Avenue
                                          Forest Hills, New York 11375
                                          Tel: 718-997-1000
                                          Facsimile: 718-575-1600

                                          *Attorneys for Defendants*