Joshua Zuckerberg (JZ-9466)
Suyin So (SS-7404)
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
(212) 421-4100

*Attorneys for Plaintiffs Helal Ahmed, Parvez Ali, Md. G. Miah, and Enamul Shakur*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HELAL AHMED, PARVEZ ALI, MD. G. MIAH, ENAMUL SHAKUR,**<br><br>**Plaintiffs,**<br><br>-against –<br><br>**DEVI RESTAURANT, LTD. and RAKESH AGGARWAL,**<br><br>**Defendants.** | **NOTICE OF APPEARANCE**<br><br>07 CV 3512 (JSR)<br><br>ECF CASE |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Pryor Cashman LLP hereby enters its appearance as co-counsel in this case for plaintiffs Helal Ahmed, Parvez Ali, Md. G. Miah, Enamul Shakur and requests that copies of all notices and other papers in this case be sent to: Joshua Zuckerberg, Esq., at Pryor Cashman LLP, 410 Park Avenue, New York, New York 10022.

E-mail address: jzuckerberg@pryorcashman.com.
The undersigned counsel certifies that he is admitted to practice in this Court.

Dated: New York, New York
July 30, 2007

PRYOR CASHMAN LLP

By: _____
  Joshua Zuckerberg (JZ-9466)
410 Park Avenue
New York, New York 10022
(212) 421-4100
*Attorneys for Plaintiffs Helal Ahmed, Parvez Ali, Md. G. Miah, and Enamul Shakur*

To: MITCHELL & INCANTALUPO
Arthur H. Forman
98-20 Metropolitan Avenue
Forest Hills, New York 11375
(718) 997-1000
*Attorneys for Defendants*

ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
Kenneth Kimerling (KK-5762)
Tushar J. Sheth (TS-5672)
99 Hudson Street
New York, New York 10013
(212) 966-5932
*Attorneys for Plaintiffs Helal Ahmed, Parvez Ali, Md. G. Miah, and Enamul Shakur*