RAKOFF, J.

08/14/2007 16:59 FAX ☎002/002

08/14/2007 17:47   7185751680   MITCHELL INCANTALUPO   PAGE 02

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8-21-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELAL AHMED, PARVEZ ALI, MD. G. MIAH,
ENAMUL SHAKUR,

    Plaintiffs,

-against-

DEVI RESTAURANT, LTD. and RAKESH
AGGARWAL,

    Defendants.

STIPULATION AND
(PROPOSED) ORDER

07 CV 3512 (JSR)

ECF CASE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to the parties in the above-captioned matter, that pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Complaint of Plaintiffs Helal Ahmed, Parvez Ali, Md. G. Miah and Enamul Shakur, be amended in the form annexed hereto as Exhibit "A," which shall be served on defendants Devi Restaurant, Ltd. and Rakesh Aggarwal and filed with the clerk of the Court.

IT IS FURTHER STIPULATED AND AGREED that nothing in the foregoing shall constitute a waiver by the defendants of any defenses based on any applicable statute of limitations.

Dated: New York, New York
      August 10, 2007

ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND

By: _____
    Tushar J. Sheth
99 Hudson Street
New York, New York 10013
(212) 966-5932

MITCHELL & INCANTALUPO

By: _____
    Arthur H. Forman
98-20 Metropolitan Avenue
Forest Hills, New York 11375
(718) 997-1000
*Attorneys for Defendants*

PAGE 2/2 * RCVD AT 8/14/2007 5:46:13 PM [Eastern Daylight Time] * SVR:NY21/7 * DNIS:8373 * CSID:7185751680 * DURATION (mm-ss):01-18

PAGE 2/2 * RCVD AT 8/14/2007 5:00:04 PM [Eastern Daylight Time] * SVR:NY21/7 * DNIS:8373 * CSID: * DURATION (mm-ss):01-28

PRYOR CASHMAN LLP

By: _____
    Joshua Zuckerberg
    Suyin So
410 Park Avenue
New York, NY 10022
(212) 421-4100
*Attorneys for Plaintiffs*

SO ORDERED

_____
    U.S.D.J

8-20-07