UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELAL AHMED, et al.,

    Plaintiffs,

-against-

DEVI RESTAURANT, LTD, et al.,

    Defendants.

STIPULATION AND
(PROPOSED) ORDER

07 CV 3512 (JSR)

ECF CASE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to the parties in the above-captioned matter, that pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Complaint of Plaintiffs be amended in the form annexed hereto as Exhibit "A," which shall be served on Defendants and filed with the clerk of the Court.

IT IS FURTHER STIPULATED AND AGREED that nothing in the foregoing shall constitute a waiver by the Defendants of any defenses based on any applicable statute of limitations.

Dated: New York, New York
       September 28, 2007

ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND

By: _____
    Tushar J. Sheth
99 Hudson Street, 12th Floor
New York, New York 10013
(212) 966-5932

*Attorneys for Plaintiffs*

SO ORDERED:
_____
U.S.D.J.
10-3-07

MITCHELL & INCANTALUPO

By: _____
    Arthur H. Forman
98-20 Metropolitan Avenue
Forest Hills, New York 11375
(718) 997-1000

*Attorneys for Defendants*

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 10-4-07