UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HELAL AHMED, PARVEZ ALI, MD. G. MIAH,
ENAMUL SHAKUR, CARLOS ORTIZ, et al.,
        Plaintiff(s),

Index No. 07cv3512 (JSR)(FM)

-against-

AFFIDAVIT OF SERVICE

DEVI RESTAURANT, LTD. RAKESH AGGARWAL,
SUVIR SARAN, and HEMANT MATHUR,
        Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK  )
                          S.S.
COUNTY OF NEW YORK)

        HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 24th day of October 2007, at approximately the time of 12:40 p.m., deponent served a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS AND INDIVIDUAL RULES OF PRACTICE HON. JED S. RAKOFF** upon Hemant Mathur at Devi Restaurant at 8 East 18th Street, New York, NY 10003, by personally delivering and leaving the same with Hemant Mathur at that address. At the time of service, deponent asked Hemant Mathur if he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        Hemant Mathur is an Indian male, approximately 40 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 200 pounds with black hair and brown eyes. He has a mustache.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
26th day of October, 2007

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

NOTARY PUBLIC