# UNITED STATES DISTRICT COURT

<u>     Southern     </u> District of <u>     New York     </u>

| | |
|---|---|
| HELAL AHMED, PARVEZ ALI, MD. G. MIAH, ENAMUL SHAKUR, CARLOS ORTIZ, GRZEGORZ KOCIECKI, MAHBUBUL KARIM, TANVIR SHAHID, ADRIAN DOMINGUEZ RESENDIZ, CESAR ABAMBARI, HORACIO HERNANDEZ, JOSE REYES, PATRICIO GONZALEZ, SHAILENDRA SHRESTHA, ROHIT TALWAR, MARCOS REYES, ROBERTO SEGUNDO, FELIX SEGUNDO, and AUGUSTIN REYES, on behalf of themselves and other similarly situated current and former restaurant workers employed by Defendants,<br><br>      **Plaintiffs,**<br><br>      -against --<br><br>DEVI RESTAURANT, LTD. RAKESH AGGARWAL, SUVIR SARAN, and HEMANT MATHUR,<br><br>      **Defendants.** | SUMMONS<br><br>07CV3512 (JSR)(FM)<br><br>ECF CASE |

TO:    SUVIR SARAN
        15 Park Row #22P
        New York, New York 10038

**YOU ARE HEREBY SUMMONED** and required to serve on counsel for plaintiffs:

PRYOR CASHMAN LLP
Joshua Zuckerberg, Esq.
410 Park Avenue
New York, New York 10022
(212) 421-4100

ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
Tushar Sheth, Esq.
99 Hudson Street

ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
Tushar Sheth, Esq.
99 Hudson Street
New York, New York 10013
(212) 966-5932

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

(B) DEPUTY CLERK

OCT 0 9 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVICER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                         Date                                    *Signature of Server*

                                                                 _____
                                                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.