UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HELAL AHMED, PARVEZ ALI, MD. G. MIAH,
ENAMUL SHAKUR, CARLOS ORTIZ, et al.,
      Plaintiff(s),                          Index No. 07cv3512 (JSR)(FM)

   -against-                                  AFFIDAVIT OF SERVICE

DEVI RESTAURANT, LTD. RAKESH AGGARWAL,
SUVIR SARAN, and HEMANT MATHUR,
      Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK  )
                              S.S.
COUNTY OF NEW YORK)

       HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 24th day of October 2007, at approximately the time of 12:40 p.m., deponent served a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS AND INDIVIDUAL RULES OF PRACTICE HON. JED S. RAKOFF** upon Suvir Saran at Devi Restaurant at 8 East 18th Street, New York, NY 10003, by personally delivering and leaving the same with Sonny Solomon, General Manager, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Suvir Saran is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       Sonny Solomon is an Indian male, approximately 35 years of age, stands approximately 6 feet 2 inches tall and weighs approximately 220 pounds with black hair and brown eyes.

       That on the 25th day of October 2007, deponent served another copy of the foregoing upon Suvir Saran at Devi Restaurant at 8 East 18th Street, New York, NY 10003, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating

on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

*[signature]*
HECTOR FIGUEROA #870141

Sworn to before me this
26th day of October, 2007

*[signature]*
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08