Joshua Zuckerberg
Suyin So
PRYOR CASHMAN LLP
410 Park Avenue
New York, NY 10022
212-421-4100

Tushar J. Sheth
ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
99 Hudson Street
New York, New York 10013
212-966-5932
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HELAL AHMED, PARVEZ ALI, MD. G. MIAH,
ENAMUL SHAKUR, CARLOS ORTIZ,
GRZEGORZ KOCIECKI, MAHBUBUL KARIM,
TANVIR SHAHID, ADRIAN DOMINGUEZ
RESENDIZ, CESAR ABAMBARI, HORACIO
HERNANDEZ, JOSE REYES, PATRICIO
GONZALEZ, SHAILENDRA SHRESTHA, ROHIT
TALWAR, MARCOS REYES, ROBERTO
SEGUNDO, FELIX SEGUNDO, and AUGUSTIN
REYES, on behalf of themselves and other similarly
situated current and former restaurant workers
employed by Defendants,

         Plaintiffs,

-against –

DEVI RESTAURANT, LTD., RAKESH
AGGARWAL, SUVIR SARAN, and HEMANT
MATHUR,

         Defendants.
-----------------------------------------------------------X

**STIPULATION AND
(PROPOSED) ORDER** 

07CV3512 (JSR)(FM)

ECF CASE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-29-07
```

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel to the parties in the above-captioned matter, that pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Second Amended Complaint of Plaintiffs in the above-captioned

matter be amended in the form annexed hereto as Exhibit "A," which shall be served on

defendants Devi Restaurant, Ltd., Rakesh Aggarwal, Suvir Saran and Hemant Mathur and filed

with the clerk of the Court.

Dated: New York, New York
October 24, 2007

| PRYOR CASHMAN LLP | MITCHELL & INCANTALUPO |
|---|---|
| By: _____ <br> Joshua Zuckerberg <br> Suyin So <br> 410 Park Avenue <br> New York, NY 10022 <br> (212) 421-4100 | By: _____ <br> Arthur H. Forman <br> 98-20 Metropolitan Avenue <br> Forest Hills, New York 11375 <br> (718) 268-2616 <br> *Attorneys for Defendants* |

ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
Tushar J. Sheth
99 Hudson Street
New York, New York 10013
(212) 966-5932

*Attorneys for Plaintiffs*

SO ORDERED. **NO FURTHER AMENDMENTS WILL BE ALLOWED**

_____
U.S.D.J
10-25-07

EXHIBIT A