**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

| | |
|---|---|
| HELAL AHMED, PARVEZ ALI, MD. G. MIAH, ENAMUL SHAKUR, CARLOS ORTIZ, GRZEGORZ KOCIECKI, MAHBUBUL KARIM, TANVIR SHAHID, ADRIAN DOMINGUEZ RESENDIZ, CESAR ABAMBARI, HORACIO HERNANDEZ, JOSE REYES, PATRICIO GONZALEZ, SHAILENDRA SHRESTHA, ROHIT TALWAR, MARCOS REYES, ROBERTO SEGUNDO, FELIX SEGUNDO, and AUGUSTIN REYES, on behalf of themselves and other similarly situated current and former restaurant workers employed by Defendants, | : <br> : <br> : <br> : <br> : <br> : <br> :     07-CV-3512 (JSR) (FM) <br> : <br> :     **NOTICE OF MOTION** |
| Plaintiffs, | : |
| v. | : |
| DEVI RESTAURANT, LTD., RAKESH AGGARWAL, SUVIR SARAN, and HEMANT MATHUR, | : |
| Defendants. | : |

------------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss the Third Amended Complaint on Behalf of Suvir Saran and Hemant Mathur, dated December 7, 2007, Defendants Suvir Saran and Hemant Mathur will move this Court before the Honorable Jed S. Rakoff on a date to be set by the Court, in the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Third Amended Complaint in its entirety with prejudice and for such further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 6.1(b) of the Local Civil Rules of the United States District Court for the Southern District of New York, answering papers, if any, must be served and filed by December 21, 2007.

Dated: New York, New York
December 7, 2007

                                     Respectfully submitted,

                                     THOMPSON WIGDOR & GILLY LLP

                                   By:        /s/
                                           Scott B. Gilly (SG-6861)

                                   350 Fifth Avenue, Suite 5720
                                   New York, New York 10118
                                   Telephone: (212) 239-9292
                                   Facsimile: (212) 239-9001
                                   Attorneys for Defendants Suvir Saran
                                   and Hemant Mathur

TO:    Suyin So, Esq.
        Pryor Cashman LLP
        410 Park Avenue
        New York, NY 10022
        Attorney for Plaintiffs

        Tushar Sheth
        Asian American Legal Defense and Education Fund
        99 Hudson Street
        New York, New York 100113
        Attorney for Plaintiffs

        Arthur Forman, Esq.
        98-20 Metropolitan Avenue
        Forest Hills, New York 11375
        Attorney for Defendants Devi
        Restaurant, Ltd. and Rakesh
        Aggarwal