## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Motion to Dismiss the Third Amended Complaint, Memorandum of Law in Support of the Motion to Dismiss the Third Amended Complaint, and the supporting Affidavits of Hemant Mathur and Suvir Saran were served via ECF, this 7th day of December 2007, upon the following counsel for Plaintiffs:

> Suyin So, Esq.
> Pryor Cashman LLP
> 410 Park Avenue
> New York, NY 10022

> Tushar Sheth, Esq.
> Asian American Legal Defense and Education Fund
> 99 Hudson Street
> New York, New York 100113
> Attorney for Plaintiffs

and counsel for Defendants Devi Restaurant, Ltd. and Rakesh Aggarwal:

> Arthur Forman, Esq.
> 98-20 Metropolitan Avenue
> Forest Hills, New York 11375

_____

Dated: New York, New York
       December 7, 2007