Joshua Zuckerberg
Suyin So
PRYOR CASHMAN LLP
410 Park Avenue
New York, NY 10022
212-421-4100

Tushar J. Sheth
ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
99 Hudson Street
New York, New York 10013
212-966-5932
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HELAL AHMED, PARVEZ ALI, MD. G. MIAH,
ENAMUL SHAKUR, CARLOS ORTIZ,
GRZEGORZ KOCIECKI, MAHBUBUL KARIM,
TANVIR SHAHID, ADRIAN DOMINGUEZ
RESENDIZ, CESAR ABAMBARI, HORACIO
HERNANDEZ, JOSE REYES, PATRICIO
GONZALEZ, SHAILENDRA SHRESTHA, ROHIT
TALWAR, MARCOS REYES, ROBERTO
SEGUNDO, FELIX SEGUNDO, and AUGUSTIN
REYES, on behalf of themselves and other similarly
situated current and former restaurant workers
employed by Defendants,

        Plaintiffs,

  -against –

DEVI RESTAURANT, LTD., RAKESH
AGGARWAL, SUVIR SARAN, and HEMANT
MATHUR,

        Defendants.
------------------------------------------------------------X

STIPULATION AND
(~~PROPOSED~~) ORDER

07CV3512 (JSR)(FM)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-28-08

**WHEREAS**, the parties to the above-captioned action (the "Action") have entered into a

settlement agreement made effective December 31, 2007 to fully resolve the Action,

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties to the Action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that all claims in the Action be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts and that facsimile and electronic signatures shall be deemed originals.

Dated: New York, New York
January 25, 2008

PRYOR CASHMAN LLP

By: _____
Joshua Zuckerberg
Suyin So
410 Park Avenue
New York, NY 10022
(212) 421-4100
jzuckerberg@pryorcashman.com
sso@pryorcashman.com

ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
Tushar J. Sheth
99 Hudson Street
New York, New York 10013
(212) 966-5932
tsheth@naldef.org
*Attorneys for Plaintiffs*

MITCHELL & INCANTALUPO

By: _____
Arthur H. Forman (AF 9646)
98-20 Metropolitan Avenue
Forest Hills, New York 11375
(718) 268-2616
ahf@ahforman.com
*Attorneys for Devi Restaurant, Ltd.
and Rakesh Aggarwal*

THOMPSON WIGDOR & GILLY
LLP

By: _____
Scott B. Gilly
350 Fifth Avenue, Suite 5720
New York, New York 10118
(212) 239-9292
sgilly@twglawyers.com
*Attorneys for Defendants Suvir
Saran and Hemant Mathur*

SO ORDERED:

_____
U.S.D.J.
1-25-08

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties to the Action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that all claims in the Action be dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts and that facsimile and electronic signatures shall be deemed originals.

Dated: New York, New York
January 25, 2008

PRYOR CASHMAN LLP

By: _____
Joshua Zuckerberg
Suyin So
410 Park Avenue
New York, NY 10022
(212) 421-4100
jzuckerberg@pryorcashman.com
sso@pryorcashman.com

ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
Tushar J. Sheth
99 Hudson Street
New York, New York 10013
(212) 966-5932
tsheth@aaldef.org
*Attorneys for Plaintiffs*

MITCHELL & INCANTALUPO

By: _____
Arthur H. Forman (AF9646)
98-20 Metropolitan Avenue
Forest Hills, New York 11375
(718) 268-2616
ahf@ahforman.com
*Attorneys for Devi Restaurant, Ltd.
and Rakesh Aggarwal*

THOMPSON WIGDOR & GILLY
LLP

By: _____
Scott B. Gilly
350 Fifth Avenue, Suite 5720
New York, New York 10118
(212) 239-9292
sgilly@twglawyers.com
*Attorneys for Defendants Suvir
Saran and Hemant Mathur*

SO ORDERED:

_____
U.S.D.J